**DISMISS; and Opinion Filed February 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01542-CV

### RACHAEL STOKES, Appellant
### V.
### CLARK W. STEFFENS, D.D.S., Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-04728**

## MEMORANDUM OPINION
Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Justice Brown

The clerk's record in this case is overdue. By letter dated December 4, 2013, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


/Ada Brown/

ADA BROWN
JUSTICE

131542F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RACHAEL STOKES, Appellant

No. 05-13-01542-CV        V.

CLARK W. STEFFENS, D.D.S., Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. 13-04728.
Opinion delivered by Justice Brown.  Chief Justice Wright and  Justice Lang-Miers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CLARK W. STEFFENS, D.D.S. recover his costs of this appeal from appellant RACHAEL STOKES.

Judgment entered this 27th day of February, 2014.

/Ada Brown/
ADA BROWN
JUSTICE

–3–